UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HOOKS,<br>      Plaintiff,<br>  vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>      Defendant. | Case No. 1:21-cv-01011-EPG<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(ECF NO. 13). |

    This matter is before the Court on Plaintiff's motion for an extension of time to file Plaintiff's opening brief, seeking an extension of the deadline from January 3, 2022, to March 4, 2022. (ECF No. 13).

    As grounds, Plaintiff states that Plaintiff counsel has had a family emergency that has required counsel to travel to Houston, Texas to serve as a caregiver for a family member. Plaintiff represents that counsel attempted to obtain Defendant's position on this motion but did not receive a response by the time of filing the motion. Given the emergency and time-sensitive circumstances surrounding this motion, the Court finds it prudent to rule on the motion without awaiting a response from Defendant.

    Finding good cause, IT IS ORDERD that Plaintiff's motion for extension of time (ECF No. 13) is granted. Plaintiff shall file Plaintiff's opening brief no later than March 4, 2022.

\\\

All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**January 4, 2022**__         /s/ *Eric P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE