PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HOOKS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:21-cv-01011-EPG (SS)<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 19) |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. Counsel for the Commissioner is consulting with his client about the defensibility of this case. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

2. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

3. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until June 15, 2022, respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Date: _May 16, 2022_    PEÑA & BROMBERG, PLC

By:    _/s/ Caspar Chan for Jonathan Pena*_
JONATHAN PENA
DOLLY M. TROMPETER
*Authorized by email on May 16, 2022*
Attorneys for Plaintiff

Date: _May 16, 2022_    PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:    _/s/ Caspar Chan_
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based on the above stipulation (ECF No. 19), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's motion for summary judgment no later than June 15, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **May 16, 2022**                                     /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE