PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE HOOKS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:21-cv-01011-EPG (SS)<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)**<br><br>**(ECF No. 21)** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: *June 10, 2022* | PEÑA & BROMBERG, PLC |
|   | By:  */s/ Caspar Chan for Jonathan Pena\** <br> JONATHAN PENA <br> DOLLY M. TROMPETER <br> *\*Authorized by email on June 10, 2022* <br> Attorneys for Plaintiff |
| Date: *June 10, 2022* | PHILIP A. TALBERT <br> United States Attorney <br> Eastern District of California |
|   | By:  */s/ Caspar Chan* <br> CASPAR CHAN <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 21), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **June 10, 2022**                         /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE