DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HOOKS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01011-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 24) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from September 8, 2022 to September 22, 2022, for for the parties to negotiate an EAJA settlement.

　　　The parties require additional time to come to an agreement.

　　　　　　　　　　　　　　　　Respectfully submitted,

1

| | | |
|---|---|---|
| 1 | Dated: September 8, 2022 | PENA & BROMBERG, ATTORNEYS AT LAW |

By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff

Dated: September 8, 2022    PHILLIP A. TALBERT
    United States Attorney
    PETER K. THOMPSON
    Acting Regional Chief Counsel, Region IX
    Social Security Administration

By:  **/s/ Caspar I. Chan*
    Caspar I. Chan
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on September 8, 2022)

**ORDER**

Based on the parties' stipulation (ECF No. 24), IT IS ORDERED that Plaintiff shall have until September 22, 2022, for the parties to negotiate an EAJA settlement.

IT IS SO ORDERED.

Dated:   **September 9, 2022**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE